UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOMINEC HOLMES, #275727,

        Plaintiff,        Case No.09-10225
                                    Hon. Anna Diggs Taylor
v.                                      Magistrate Judge Michael Hluchaniuk

MEYHOFER, *et al.,*

        Defendants.
_____/

## **ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

      This matter is before the court on Magistrate Judge Michael Hluchaniuk's Report and Recommendation of June 30, 2010, granting Defendants' Motions for Summary Judgment.

      The court has reviewed the file, the Magistrate Judge's Report and Recommendation, and Plaintiffs objection filed thereto. The court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

      THEREFORE, the court will accept the Magistrate's Report and Recommendation of June 30, 2010, as the findings and conclusions of this court.

      Accordingly,

      IT IS HEREBY ORDERED that Magistrate Judge Hluchaniuk's Report and Recommendation of June 30, 2010 is ACCEPTED and ADOPTED.

      IT IS FURTHER ORDERED that Defendants' Motions for Summary Judgment (dkt 19 & 30) are GRANTED.

      **IT IS SO ORDERED.**


DATED: September 16, 2010                        **s/ Anna Diggs Taylor**
                                                              ANNA DIGGS TAYLOR
                                                              UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on September 16, 2010.


Dominec Holmes, #275727
Macomb Correctional Facility
34625 26 Mile Road
New Haven, MI 48048

                                                s/ Michael L. Williams
                                                Case Manager